## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

EDWIN SMITH                                                                          PLAINTIFF

v.                                            No: 4:20-cv-221-DPM

TIM RYALS, Sheriff; KEVIN NEAL,
Lieutenant; RUSTY PAGE, Sergeant;
ROBERT DOYAL, Corporal;
and REED MILLER, Captain,
Faulkner County Jail                                                              DEFENDANTS

### ORDER

1. The Court withdraws the reference.

2. Smith hasn't paid the filing and administrative fees or filed a an application to proceed *in forma pauperis;* and the time to do so has passed. *Doc. 2.* Instead, his mail is being returned undelivered. *Doc. 3, 5–6.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_23 June 2020_